*FILED*

FEB 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4

| | |
|---|---|
| 5  UNITED STATES OF AMERICA | ) |
| 6 | ) |
| 7                   vs. | )   **Docket Numbers: CR 06 -00114- 01 MJJ** |
| 8 | )                            **CR 06-00549-01 MJJ** |
| 9  PAUL STEEVES | ) |

10
11
12
13                 **ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**
14
15
16          ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby

17   ordered that the judgment and sentence originally set for the <u>16th of February 2007 at 2:30 p.m.</u>, be

18   continued until the <u>2nd of March 2007 at 2:30 p.m.</u>

19
20
21
22   Date:   1/25/2007
23                                              UNITED STATES DISTRICT JUDGE
24
25
26
27
28