UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | Docket Numbers: CR 06 -00114- 01 MJJ |
| ) | CR 06-00549-01 MJJ |
| PAUL STEEVES   ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the <u>2nd of March 2007, at 2:30 p.m.</u>, be continued until the <u>~~30th of March~~ 13TH of April 2007, at 2:30 p.m.</u>, in Oakland, California.

Date: 2/27/2007

_____
UNITED STATES DISTRICT JUDGE