BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant STEEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00114-MJJ |
| Plaintiff, | and CR 06-00549-MJJ |
| v. | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING DATE |
| PAUL STEEVES, | Date: April 13, 2007 |
| Defendant. | Time: 2:30 p.m. |
| | Court: Hon. Martin J. Jenkins |
| | U. S. District Court |

These matters are currently on calendar for sentencing on April 13, 2007, at 2:30 p.m. Defendant Paul Steeves and the government, through their respective counsel, jointly stipulate and request that the matters be taken off calendar and continued to the new date of April 27, 2007, at 2:30 p.m. for sentencing. The reasons for this request are twofold. First, defense counsel was only recently able to obtain an updated psychiatric evaluation to document Mr. Steeves' progress since his release in September 2006 to the New Bridge treatment program, and seeks additional time to prepare defendant's sentencing memorandum taking into account this new information. Second, Mr. Steeves recently interviewed for acceptance to a long-term supervised housing facility and is awaiting word regarding whether he will be accepted to that program.

The parties therefore agree and stipulate that the sentencing date should be continued until

1  April 27, 2007.  The Probation Officer has been consulted and has no objection to the continuance.

2  Mr. Steeves is out of custody.

3  SO STIPULATED.

4  Dated:  April 6, 2006                                    /S/
                                         _____
5                                        HILARY A. FOX
                                         Attorney for Defendant STEEVES
6

7  SO STIPULATED.

8  Dated:  April 6, 2006                                    /S/
                                         _____
9                                        ELISE BECKER
                                         Assistant United States Attorney
10

11  I hereby attest that I have on file all holograph signatures for any signatures indicated by a

12  "conformed" signature (/S/) within this e-filed document.

13                                          ORDER

14      Based on the reasons provided in the stipulation of the parties above, and for good cause

15  appearing, IT IS HEREBY ORDERED THAT the sentencing hearing that is currently scheduled in

16  these matters for April 13, 2007, shall be continued to April 27, 2007, at 2:30 p.m.

17      IT IS SO ORDERED.

18  Dated:   4/9/2007    , 2007                  _____
19                                         MARTIN J. JENKINS
                                           United States District Court

- 2 -