BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PAUL STEEVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06 00114 DLJ [LB] |
| Plaintiff, | CR-06 00549 DLJ [LB] |
| vs. | [PROPOSED] ORDER DIRECTING PROVISION OF MEDICATION |
| PAUL STEEVES, | |
| Defendant. | |

Defendant Paul Steeves presently is housed at Santa Rita Jail. The Court is informed that Mr. Steeves suffers from schizophrenia and previously has been prescribed certain medications, specifically Abilify and Trazodone. To ensure that Mr. Steeves continue to receive previously prescribed medications to treat his condition and good cause appearing therefor,

IT IS ORDERED that the U.S. Marshals contact and instruct appropriate authorities at Santa Rita Jail forthwith to provide Mr. Steeves with Abilify, Trazodone, or any medications necessary to treat his condition.

Dated: April 5, 2010

LAUREL BEELER
United States Magistrate Judge

ORD RE MEDICATION         1